# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

A.M. on behalf of themselves and others similarly situated; et al

**Plaintiff,**

**V.**

U.S. Department of Homeland Security; et al

**Defendant.**

**Case No.** 25-cv-02308-AGS-AHG

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re: "Low-Numbered Case No.: 3:25-cv-01412-JO-AHG

Title: A.M. v. Larose et al

Nature of Case: 440 Civil Rights: Other

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☒ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☒ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☒ | (6) | for other reasons would entail unnecessary duplication of labor if heard by different judges. |

**New Case #:** **25-cv-02308-JO-AHG**

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated: 9/5/25

By: s/M. Fujita

M. Fujita, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated: 9/5/2025

Judge Jinsook Ohta
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Judge Jinsook Ohta and Magistrate Judge Magistrate Judge Allison H. Goddard for all further

Dated: 9/8/2025

District Judge Andrew G. Schopler
United States District Judge