1  Gerald Singleton, SBN 208783
2  Kimberly S. Hutchison, SBN 288682
3  Andrew Bluth, SBN 232387
   Chris Rodriguez, SBN 212274
4  SINGLETON SCHREIBER, LLP
5  591 Camino De La Reina, Ste 1025
   San Diego, CA 92108
6  Telephone: (619) 771-3473
7  Fax: (619) 255-1515
   Email: gsingleton@singletonschreiber.com
8          khutchison@singletonschreiber.com
9          abluth@singletonschreiber.com
           crodriguez@singletonschreiber.com

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M. and C.L.V., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; PAMELA BONDI, Attorney General of the United States, in her official capacity; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; SIRCE E. OWEN, Acting Director of EOIR; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; JASON AGUILAR, Chief Counsel for Immigration and Customs Enforcement San Diego; | Case No.: 25-cv-2308-JO-AHG<br><br>**PLAINTIFF C.L.V.'S STATUS UPDATE CONCERNING REMOVAL PROCEEDINGS** |

1

**PLAINTIFF C.L.V.'S STATUS UPDATE CONCERNING REMOVAL PROCEEDINGS**

SIDNEY AKI, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection; GREGORY J. ARCHAMBEAULT, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO), San Diego; DOES 1 through 20,

Defendants.

Plaintiff C.L.V., through undersigned counsel, files this status update concerning his Immigration and Nationality Act Section 240 proceedings.[1] On October 9, 2025, Plaintiff C.L.V. appeared at a hearing before an immigration judge, indicating that he had received a positive finding in a credible fear interview. *See* 8 U.S.C. § 1225(b)(1)(B)(ii)–(iii). Plaintiff asked for additional time to find an immigration attorney to represent him, and his next hearing before an immigration judge is scheduled for October 30, 2025. On information and belief, at a previous hearing, an immigration judge held that they did not have jurisdiction to grant Plaintiff C.L.V.'s release on bond, and thus he remains in detention at the Otay Mesa Detention Center. Plaintiff C.L.V. intends to file a petition for writ of *habeas corpus*, which is forthcoming.

DATED: October 14, 2025

Respectfully submitted,

SINGLETON SCHREIBER, LLP

<u>*/s/ Kimberly S. Hutchison*</u>
Kimberly S. Hutchison
*Attorney for Plaintiff*

---

[1] The Court previously ordered Defendants to provide a status update on these proceedings on or before 5 P.M. on September 19, 2025. 9-17-25 Minute Order, Dkt. No. 6.

2

**PLAINTIFF C.L.V.'S STATUS UPDATE CONCERNING REMOVAL PROCEEDINGS**