Gerald Singleton, SBN 208783
Kimberly S. Hutchison, SBN 288682
Andrew Bluth, SBN 232387
Chris Rodriguez, SBN 212274
SINGLETON SCHREIBER, LLP
591 Camino De La Reina, Ste 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Fax: (619) 255-1515
Email: gsingleton@singletonschreiber.com
       khutchison@singletonschreiber.com
       abluth@singletonschreiber.com
       crodriguez@singletonschreiber.com

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M. and C.L.V., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; PAMELA BONDI, Attorney General of the United States, in her official capacity; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; SIRCE E. OWEN, Acting Director of EOIR; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; JASON AGUILAR, Chief Counsel for Immigration and Customs Enforcement San Diego; | Case No.: 25-cv-2308-JO-AHG<br><br>**PLAINTIFFS' DECLARATION CONCERNING SERVICE OF SUMMONS AND COMPLAINT** |

1

**PLAINTIFFS' DECLARATION CONCERNING SERVICE OF SUMMONS AND COMPLAINT**

SIDNEY AKI, Director of Field Operations, San Diego Field Office U.S. Customs and Border Protection; GREGORY J. ARCHAMBEAULT, Director of U.S. Immigration and Custom Enforcement and Removal Operations (ERO), San Diego; DOES 1 through 20,

Defendants.

I, Kimberly Hutchison, Esq., being duly sworn, hereby declare:

1. I am an attorney licensed to practice law in the State of California and admitted to practice in the Southern District of California. I represent the Plaintiffs in the above-referenced action. I make the following declaration based on my personal knowledge. If called to testify to the matters set forth herein, I could and would competently testify to these matters based on my personal knowledge.

2. On October 2, 2025, Plaintiffs submitted proofs of service for Defendants Jason Aguilar, Gregory J. Archambeault, Pamela Bondi, Executive Office for Immigration Review, and Sirce E. Owen. Dkt. Nos. 8–12.

3. On October 17, 2025, the Court held a status hearing, at which Plaintiffs' counsel represented that all defendants had been served. Specifically, Plaintiffs' counsel represented that all defendants were served by certified mail except the U.S. Attorney's Office for the Southern District of California, which was personally served. As reflected by the proof of service, this representation was inaccurate in one respect: Jason Aguilar was personally served. Dkt. 8.

4. The same day, the Court issued a minute order requesting Plaintiffs to file a proof of service for the remaining defendants and the U.S. Attorney's Office for the Southern District of California. Dkt. No. 19.

2
**PLAINTIFFS' DECLARATION CONCERNING SERVICE OF SUMMONS AND COMPLAINT**

5. Plaintiffs subsequently submitted proofs of service for Defendants Kristi Noem, Todd Lyons, and U.S. Immigrations and Customs Enforcement on October 14, 2025. Dkt. Nos. 15–17.

6. Plaintiffs now report additional information about service on the remaining Defendants, and the U.S. Attorney's Office, as follows:

### Defendant Department of Homeland Security

7. Plaintiffs served the U.S. Department of Homeland Security by certified mail on September 10, 2025.[1] The Declaration of Service and Certified Mail Receipt is attached hereto as **Exhibit 1.**

8. Plaintiffs tracked the mailing package, and the United States Postal Service ("USPS") website shows the mailing package is still in transit as of October 17, 2025. The USPS tracking information is attached as **Exhibit 2**.

9. Plaintiffs attempted further service by personal service on October 20, 2025, at 2707 Martin Luther King Jr. Ave SE, Washington, DC 20528. The process server informed counsel for Plaintiffs that the security at the front gate advised that they do not accept anything on anyone's behalf nor grant access to the facility. No further information was provided to the process server. The email from the process service company is attached as **Exhibit 3**.

10. Plaintiffs will file the proof of service along with the signed certified mail receipt once it is received from the Department of Homeland Security.

### Defendant Sydney Aki

11. Plaintiffs served the Summons and Complaint on Sydney Aki by certified mail on September 10, 2025. The Declaration of Service and Certified Mail Receipt is attached hereto as **Exhibit 4.**

---

[1] Generally, the federal courts considered documents served by mail as served upon mailing. *See* Fed. R. Civ. P. 5(b)(2)(C).

**PLAINTIFFS' DECLARATION CONCERNING SERVICE OF SUMMONS AND COMPLAINT**

12. Plaintiffs tracked the mailing package, and the USPS website shows the last available update reflecting the mailing package is waiting to be picked up as of September 12, 2025. The United States Postal Service tracking information is attached as **Exhibit 5**.

13. Plaintiffs attempted personal service of the Summons and Complaint on October 20, 2025, and October 21, 2025, at 720 E San Ysidro Blvd, San Diego, CA 92173. The process server advised counsel for Plaintiffs that on October 20, 2025, he was unable to contact Sydney Aki, and although the person at the front desk would accept service, the process server would not sub-serve until they performed further due diligence. Another attempt was made on October 21, 2025, but this time, the person at the front desk would not accept service. A third attempt will be made tomorrow, October 22, 2025. Communications between counsel and the process server's company are attached as **Exhibit 6**, and an affidavit from the process server is attached as **Exhibit 7**.

14. Additionally, in an abundance of caution, Plaintiffs again served the Summons and Complaint on Sidney Aki by certified mail on October 20, 2025. The Declaration of Service and Certified Mail Receipt is attached hereto as **Exhibit 8**.

**United States Attorney's Office**

15. Plaintiffs served the United States Attorney's Office for the Southern District of California by personal service on October 15, 2025.

16. Because the U.S. Attorney's Office is not a Defendant in this matter, Plaintiffs were unable to file its proof of service using the Court's ECF system, despite consulting the ECF Administrative Policies & Procedures Manual and contacting the ECF hotline listed on the Court's website.

17. Therefore, The Declaration of Service for the U.S. Attorney's Office is attached hereto as **Exhibit 9**.

DATED: October 21, 2025

Respectfully submitted,

SINGLETON SCHREIBER, LLP

*/s/ Kimberly S. Hutchison*
Kimberly S. Hutchison
*Attorney for Plaintiff*