UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., et al., | Case No.: 3:25-cv-2308- JO-AHG |
| Plaintiffs, | |
| v. | **ORDER DENYING DEFENDANTS' MOTION TO DISMISS [DKT. 30]** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendant. | |

On March 30, 2026, Defendants filed a motion to dismiss. Dkt. 30. The Court held oral argument on June 4, 2026. For the reasons stated on the record, the Court DENIES the motion to dismiss [Dkt. 30].

Plaintiffs' motion for class certification is due by September 4, 2026. Defendants' opposition is due by September 18, 2026, and Plaintiffs' reply is due on September 25, 2026. The Court sets a hearing on the motion for class certification for October 15, 2026 at 9:30 AM in Courtroom 13B before Judge Jinsook Ohta.

**IT IS SO ORDERED**.

Dated: June 4, 2026

_____
Honorable Jinsook Ohta
United States District Judge

1

25-cv-2308-JO-AHG