# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.; C.L.V.,<br>*on behalf of themselves and others similarly situated*<br><br>                         Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>                         Defendants. | Case No.: 3:25-cv-02308-JO-AHG<br><br>**ORDER APPROVING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF No. 42]** |

Before the Court is the parties' Joint Motion to Continue Early Neutral Evaluation Conference ("ENE"). ECF No. 42. Good cause appearing, the motion is **GRANTED**. Accordingly, the ENE is continued to **August 12, 2026** at **2:00 p.m.**

The Court issues the following **Mandatory Procedures** to be followed in preparation for the ENE:

1.    **Purpose of the Conference:** The purpose of the ENE is to permit an informal discussion between the attorneys and the settlement judge of every aspect of the lawsuit in an effort to achieve an early resolution of the case. All conference discussions will be informal, off the record, and confidential.  Although the Court understands that it is rare

for class actions to settle at such an early stage, the ENE process can be effective in identifying when settlement discussions will be most fruitful; whether the parties are interested in private mediation or a more fulsome settlement conference before the Court; and what information needs to be exchanged through informal discovery, or obtained through formal discovery, to have an effective settlement discussion.

2.      **Attendance:** The Court requires the attendance of the primary attorney(s) responsible for the litigation via videoconference. Named parties, party representatives, and claims adjusters for insured defendants are welcome, but not required, to attend. The Court notes that the ENE will last approximately **one hour**.

3.      **Confidential ENE Statements Required:**  No later than **August 5, 2026**, the parties shall submit confidential statements of five (5) pages or less directly to the chambers of Magistrate Judge Goddard outlining the nature of the case, the claims, and the defenses. **These statements shall not be filed or served on opposing counsel.**  They shall be lodged via email at efile_goddard@casd.uscourts.gov. The ENE statement is limited to **five (5) pages or less.** There is not a page limit on exhibits. **Parties should attach any documents that they believe will be important for settlement discussion as exhibits to the ENE statement.** Each party's ENE statement must outline:

A.      the nature of the case and the claims, including any other pending actions that could impact the scope of the proposed class;

B.      position on liability or defense;

C.      any previous settlement negotiations or mediation efforts;

D.      whether the party is willing to participate in an early settlement conference or private mediation, including an informal exchange of information; and

E.      if the party is not interested in early settlement discussions, an explanation of what discovery is necessary before engaging in settlement discussions and the party's position as to when settlement negotiations would be most effective.

3:25-cv-02308-JO-AHG

The Court may use GenAI tools to review the information that the parties submit. Either party may object to the Court's use of such tools by advising the Court's law clerk of that objection when they submit the information. The Court will respect that objection without any further explanation, and the Court's law clerk will only communicate to Judge Goddard that there was an objection, not which party made the objection.

4.   **Case Management Conference:** In the event the case does not settle at the ENE, the Court will immediately thereafter hold a Case Management Conference ("CMC") pursuant to Fed. R. Civ. P. 16(b). The Court orders the following to occur before the CMC:

A.   The parties must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **July 22, 2026**.

B.   The parties must file a Joint Case Management Statement by **August 3, 2026**. The Joint Case Management Statement must address all points in the "Joint Case Management Statement Requirements for Magistrate Judge Allison H. Goddard," which can be found on the court website at: https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Joint%20Case%20Management%20Statement%20Rules.pdf.

C.   Initial disclosures pursuant to Rule 26(a)(1)(A-D) must occur by **August 5, 2026**.

5.   **Appearances via Videoconference Required:** Principal attorney(s) responsible for the litigation must attend the ENE via videoconference. All who attend the ENE must be legally and factually prepared to discuss the case. To facilitate the videoconference ENE, the Court hereby orders as follows:

A.   The Court will use its official Zoom video conferencing account to hold the ENE. **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the

3:25-cv-02308-JO-AHG

installation of a free app.[1] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the ENE.[2] There is a cost-free option for creating a Zoom account.

B.    Prior to the start of the ENE, the Court will email each participant an invitation to join a Zoom video conference. Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation.

C.    Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the ENE to ensure that the conference begins promptly at 2:00 p.m.

D.    Zoom's functionalities will allow the Court to conduct the ENE as it ordinarily would conduct an in-person one. The Court will divide participants into separate, confidential sessions, which Zoom calls

---

[1] If possible, participants are encouraged to use laptops or desktop computers for the video conference, rather than mobile devices.

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started.

4

Breakout Rooms.[3] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

E. No later than **August 5, 2026**, counsel for each party shall send an e-mail to the Court at efile_goddard@casd.uscourts.gov containing the following:

   i.   The **name and title of each participant**, including the primary attorney(s) responsible for the litigation and, if applicable, parties, party representatives, or claims adjusters for insured defendants;

   ii.  An **e-mail address for each participant** to receive the Zoom videoconference invitation;

   iii. A **telephone number where each participant** may be reached; and

   iv.  A **cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the ENE to alert counsel via text message that the Court will soon return to that party's Breakout Room, to avoid any unexpected interruptions of confidential discussions.

F. All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person, i.e., cannot be driving or in a car while

---

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646.

3:25-cv-02308-JO-AHG

speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the videoconference.

    G.    Counsel are advised that although the ENE will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., all participants must dress in appropriate courtroom attire.

    H.    If the case does not settle during the ENE, the Court will hold the CMC immediately following the ENE in the main session.

6.    **New Parties Must be Notified by Plaintiff or Plaintiff's Counsel:** Plaintiff's counsel must give notice of the ENE to any Defendants who have been served but who have not yet filed responsive pleadings as of the date of this Order. If any Defendants have not yet been served, Plaintiff's counsel must serve them with a copy of this Order along with the summons and complaint.

**IT IS SO ORDERED.**

Dated:  June 25, 2026

_____
Honorable Allison H. Goddard
United States Magistrate Judge

6

3:25-cv-02308-JO-AHG