UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.; C.L.V.,<br>*on behalf of themselves and others similarly situated*<br><br>                  Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>                  Defendants. | Case No.:  3:25-cv-02308-JO-AHG<br><br>**ORDER SETTING DISCOVERY CONFERENCE** |

Counsel notified the Court of a discovery dispute. *See* Email to Chambers, July 15, 2026, at 3:23 p.m. Accordingly, the Court **SETS** a Discovery Conference for **July 24, 2026**, at **3:00 p.m.** before the Honorable Allison H. Goddard, to be held by videoconference.

1

3:25-cv-02308-JO-AHG

No later than **July 21, 2026**, counsel must email the Court at efile_goddard@casd.uscourts.gov with the names and email addresses of all conference attendees. No additional submissions are required in advance of the Discovery Conference.

**IT IS SO ORDERED.**

Dated:  July 20, 2026

_____
Honorable Allison H. Goddard
United States Magistrate Judge