UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.; C.L.V.,<br>*on behalf of themselves and others*<br>*similarly situated*<br><br>                            Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, *et al.*<br><br>                          Defendants. | Case No.:  3:25-cv-02308-JO-AHG<br><br>**ORDER SETTING RECURRING**<br>**ATTORNEY-ONLY STATUS**<br>**CONFERENCES** |

On July 24, 2026, the Court held a Discovery Conference. ECF No. 46. Based on discussions with counsel, the Court will hold recurring attorney-only status conferences to assist the parties in moving discovery forward efficiently.

3:25-cv-02308-JO-AHG

Accordingly, IT IS HEREBY ORDERED:

1.  Status Conferences are **SET** as follows:

    a.  **August 7, 2026, at 3:00 p.m.**

    b.  **August 14, 2026, at 1:30 p.m.**

    c.  **August 21, 2026, at 1:30 p.m.**

    d.  **August 28, 2026, at 2:30 p.m.**

2.  Defendants shall serve their written responses to Plaintiffs' discovery requests no later than **August 13, 2026**, to allow the parties to focus on document review and production.

3.  No later than **10:00 a.m.** on the day before each Status Conference, the parties shall submit a joint status update by email (not filed) to efile_goddard@casd.uscourts.gov. The joint status update shall briefly summarize the status of discovery and any remaining disputes.

4.  Upon review of the parties' joint status update, the Court may vacate any scheduled Status Conference if it concludes that the conference is unnecessary.

**IT IS SO ORDERED.**

Dated:  July 27, 2026

_____
Honorable Allison H. Goddard
United States Magistrate Judge

3:25-cv-02308-JO-AHG