UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

C.L.V.,
*on behalf of themselves and others similarly situated*,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*

Defendants.

Case No.: 3:25-cv-02308-JO-AHG

**ORDER SETTING RECURRING ATTORNEY-ONLY STATUS CONFERENCES**

On July 24, 2026, the Court held a Discovery Conference. ECF No. 46. Since that time, the Court has held recurring attorney-only Status Conferences to assist the parties in moving discovery forward efficiently. The Court finds it appropriate to continue holding

these Status Conferences.

Accordingly, IT IS HEREBY ORDERED:

1. Status Conferences are **SET** as follows:

   a. **September 4, 2026, at 2:30 p.m.**

   b. **September 18, 2026, at 4:00 p.m.**

   c. **October 1, 2026, at 3:00 p.m.**

2. No later than **10:00 a.m.** on the day before each Status Conference, the parties shall submit a joint status update by email (not filed) to efile_goddard@casd.uscourts.gov. The joint status update shall briefly summarize the status of discovery and any remaining disputes.

3. Upon review of the parties' joint status update, the Court may vacate any scheduled Status Conference if it concludes that the conference is unnecessary.

**IT IS SO ORDERED.**

Dated: August 31, 2026

Honorable Allison H. Goddard
United States Magistrate Judge