Gerald Singleton, SBN 208783
Kimberly S. Hutchison, SBN 288682
Andrew Bluth, SBN 232387
Chris Rodriguez, SBN 212274
Liam S. Barrett, SBN 349652
SINGLETON SCHREIBER, LLP
591 Camino De La Reina, Ste 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Fax: (619) 255-1515
Email: gsingleton@singletonschreiber.com
khutchison@singletonschreiber.com
abluth@singletonschreiber.com
crodriguez@singletonschreiber.com
lbarrett@singletonschreiber.com

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

C.L.V., *on behalf of himself and others similarly situated,*

Plaintiff,

vs.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No.: 25-cv-2308-JO-AHG

**JOINT MOTION TO RESET HEARING ON MOTION FOR CLASS CERTIFICATION**

The Parties, through counsel, file this Joint Motion to reset the hearing on Plaintiff's motion for class certification, currently set for November 12, 2026, at 9:30 AM. Dkt. No. 68. Counsel for Plaintiff has an immovable professional obligation in San Francisco on that date.

Accordingly, the Parties request that the Court further reschedule the hearing to any of the following dates and times pursuant to the Court's minute order rescheduling the hearing, Dkt. No. 68:

- November 16, 17, or 20, 2026, at any time, to the Court's convenience;
- November 18, 2026, after 12:00 P.M.; or
- November 19, 2026, between 9:00 and 11:00 AM, or between 2:00 and 5:00 PM.

Respectfully submitted,

October 22, 2026

*/s/ Liam S. Barrett*
Liam S. Barrett
*Attorney for Plaintiffs*

October 22, 2026

ADAM GORDON
United States Attorney

*/s/ Matthew Riley*
Matthew Riley
Assistant U.S. Attorney
*Attorney for Defendants*

Signature Certification:

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all counsel listed above. I have their authorization to affix their electronic signatures to this document.

*/s/ Liam S. Barrett*
Liam S. Barrett
Attorney for Plaintiff